IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HARRIET L. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 05-3079-ST |
| v. ) | |
| ) | O R D E R |
| MICHAEL J. ASTRUE[1], Commissioner ) | |
| of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Robert W. Boyer
980 S.W. Sixth Street, Suite 28
Grants Pass, Oregon 97526

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Linda S. McMahon as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Page 1 - ORDER

Tim D. Wilborn
Wilborn Law Office, P.C.
19092 S. Beavercreek Road
PMB #314
Oregon City, Oregon  97045

      Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

David M. Blume
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on March 13 ,2007.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Stewart's Findings and Recommendation (#22).

Page 2 - ORDER

IT IS HEREBY ORDERED that the Commissioner's Motion to Remand (#16) for further administrative proceeding is denied.

This case is remanded for a finding of disability.

DATED this __17th__ day of April, 2007.

                                            /s/ Garr M. King  
                                                 GARR M. KING  
                                           United States District Judge