WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'07 JUL 30 14:53USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**HARRIET DAVIES**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**,

    Defendant.

CV # 05-3079-ST

ORDER

Attorney fees in the amount of $10,000.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $250.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be made out to Attorney Tim Wilborn and mailed to his address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 30 day of July, 2007.

_____
United States District / Magistrate Judge

Submitted on July 24, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1